LEWIN & SONS, INC. *v.* TRINITY PARTNERS ET AL.

It appearing that the defendants in the above-entitled case have failed to prosecute their appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided March 7, 1978

RONALD J. BUNOVSKY, JR., ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF MONROE

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied by the court.

*Dion W. Moore,* in support of the petition.

*James P. White, Jr.,* in opposition.

Submitted February 24—decided March 7, 1978